**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>MIGUEL ANGEL PARRA-SALDANA (1),<br>JOSE DANIEL<br>      ARRIAGA-VILLAFUERTE (2),<br><br>                    Defendants. | Case No.: 14-CR-3318-GPC<br><br>**ORDER AND JUDGMENT TO<br>DISMISS WITHOUT PREJUDICE** |

   Upon motion of the United States of America and good cause appearing,

   IT IS HEREBY ORDERED that the Complaint in the above-entitled case be dismissed without prejudice.

   IT IS SO ORDERED.

DATED: December 16, 2014.

                                                                _____
                                                                HONORABLE GONZALO P. CURIEL
                                                                United States District Judge